Prob12B
D/NV Form
Rev. Mar. 2007

# United States District Court

for

the District of Nevada

**REQUEST FOR MODIFICATION**
**TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**January 25, 2008**

**Name of Offender:**   SEAN C. JOHNSON

Case Number:   3:05-cr-161-LRH-VPC

Name of Sentencing Judicial Officer:   Honorable Larry R. Hicks

Date of Original Sentence:   June 21, 2007

Original Offense:   Possession of Child Pornography

Original Sentence:   60 days imprisonment and lifetime supervision

Date Supervision Commenced:   August 17, 2007

Date Jurisdiction Transferred to District of Nevada:   N/A

**PETITIONING THE COURT**

__ To extend the term of supervision _____ Months, for a total term of _____ Months.

✓  To modify the conditions of supervision as follows:

1. **Community Service - You shall complete 40 hours of community service, as approved and directed by the probation officer.**

2. **Home Confinement with Electronic Monitoring - You shall be confined to home confinement with electronic monitoring, if available, for a period of six months.**

**CAUSE**

On January 22, 2008, during an attempted home inspection, the offender's father advised the undersigned that Johnson had moved from his current reported residence on January 16, 2008, and was now residing at 75 High Street #E Reno, Nevada.  Johnson was contacted via his cell phone and was located at the High

Prob12B
D/NV Form
Rev. Mar. 2007

**RE: SEAN C. JOHNSON**

Street address. Johnson admitted to not notifying this office of his change of residence as well as not updating his sex offender registration with the Reno, Nevada, Police Department. Failure to maintain proper sex offender registration can be prosecuted as a felony under Nevada Revised Statutes. Johnson was directed to update his registration with the Reno Police Department which he did successfully on January 23, 2008. Johnson has be verbally admonished for his behavior and re-instructed on the seriousness of his crime, the importance of keeping this office aware of his residence and to be lawfully registered. Johnson is in agreement with the attached modifications.

Respectfully submitted,

TODD E. WHITE
Senior United States Probation Officer

APPROVED:

RICK L. OEHLERKING
Supervising United States Probation Officer

---

**THE COURT ORDERS:**

_____  No action

_____  The extension of supervision as noted above

  XX
_____  The modification of conditions as noted above

_____  Other

_____
 Signature of Judicial Officer
 DATED: January 31, 2008

# UNITED STATES DISTRICT COURT

## District of Nevada

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I, **Sean Johnson**, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. **Community Service** - You shall complete 40 hours of community service, as approved and directed by the probation officer.

2. **Home Confinement with Electronic Monitoring** - You shall be confined to home confinement with electronic monitoring, if available, for a period of six months.

Witness _____  Signed _____
U.S. Probation Officer                Probationer or Supervised Releasee

January 23, 2008
Date